UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF LINDA FISCHER FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782<br><br>*Petitioner*. | Case No. 1:21-mc-00174 |

**ORDER GRANTING LINDA FISCHER'S APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of the *Ex Parte* Application for Judicial Assistance to Obtain Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, and the accompanying and supporting Declarations and exhibits annexed thereto, it is hereby **ORDERED** that:

1. The Application of Linda Fischer is granted.

2. The Applicant's request to conduct discovery including, but not limited to, for leave to serve subpoenas in substantially similar form as those attached as Exhibits 1-6 to the Declaration of Reed Brodsky is granted.

3. Nothing in this Order shall be construed to prevent or otherwise foreclose the Applicant from seeking modifications of this Order or leave of Court to serve any additional subpoenas on a person or entity.

Date: February 10, 2021
New York, New York

**SO ORDERED.**

_____
J. PAUL OETKEN
United States District Judge