UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF LINDA FISCHER FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782<br><br>*Petitioner*. | Case No. 21-mc-174 |

### ORDER GRANTING LINDA FISCHER'S APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the Petitioner's Letter Motion Seeking Leave to Serve a Further Subpoena Pursuant to 28 U.S.C. § 1782 ("Letter Motion"), and the accompanying and supporting exhibit it is hereby **ORDERED** that:

1. The request for leave to serve a subpoena in substantially similar form as that attached as Exhibit A to the Letter Motion is granted.

2. Nothing in this Order shall be construed to prevent or otherwise foreclose the Petitioner from seeking modifications of this Order or leave of Court to serve any additional subpoenas on a person or entity.

Signed this 16th day of February, 2021

SO ORDERED,

_____
J. PAUL OETKEN
United States District Judge